UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
HALEON US HOLDINGS LLC,                                           :
:
              Plaintiff,                                    :
:      24-CV-5258 (JAV)
    -v-                                                      :
:      ORDER
ECMOHO (HONG KONG) LIMITED,                                       :
:
              Defendant.                                    :
:
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      As stated on the record during the conference held on April 8, 2025, Plaintiff's Motion for Default Judgment is granted. Pursuant to N.Y. C.P.L.R. § 5004(a), Plaintiff is also awarded pre-judgment interest on all sums awarded at the rate of 9% per annum from the date of each unpaid invoice, and post-judgment interest on all sums awarded commencing when the Clerk of Court enters judgment until the date of payment, using the federal rate set forth in 28 U.S.C. § 1961.

      The Clerk of Court is directed to terminate ECF No. 25 and enter judgment in favor of Plaintiff in the amount of $6,836,913.39, plus $2,869,664.35 in pre-judgment interest.

      SO ORDERED.

Dated: April 16, 2025                           _____
      New York, New York                  JEANNETTE A. VARGAS
                                                     United States District Judge