**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
HALEON US HOLDINGS LLC,

                Plaintiff,

                                                        24 **CIVIL** 5258 (JAV)

        -against-                                  **DEFAULT JUDGMENT**

ECMOHO (HONG KONG) LIMITED,

                Defendant.
------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated April 16, 2025, judgment is entered in favor of Plaintiff in the amount of $6,836,913.39, plus $2,869,664.35 in pre-judgment interest.

**DATED**: New York, New York
             April 17, 2025

                                                        **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                                  **BY:** *K. Mango*
                                                   **Deputy Clerk**